**Exhibit A to the Complaint**

**Location:** Carrollton, TX  **IP Address:** 24.27.83.178
**Total Works Infringed:** 39  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 77F6638FA47EB0E7B3275180409C805C7A6AA7BD | Blacked | 10/18/2018 10:42:00 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 2 | 0A7664A86F38CA78CABD892CBB04FA281B11DBD0 | Blacked | 10/28/2018 16:20:21 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 3 | 107FEA8BDEC955C6C21259BAF421D08BA8AB3831 | Blacked Raw | 05/08/2018 13:33:56 | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 4 | 1259629B7BC4EDFE7335E9B60985FF6BC4CE2796 | Blacked | 12/27/2017 02:17:14 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 5 | 12EDE2A353D5DB702B509147063FD4B817A077CB | Blacked | 05/30/2018 04:24:09 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 6 | 1B2AFAAC46BCC7469CA7827791B34D374375CBC5 | Blacked | 02/20/2018 04:52:49 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 7 | 2FE53E644E8CCD219F82C3BDE649AF6DA5FC1BC9 | Blacked | 12/23/2017 02:12:57 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 8 | 37440CD1F4DD80A2187A58E0C31892DCE01FA6F8 | Blacked Raw | 10/02/2018 04:35:09 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 9 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/01/2018 19:53:56 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 10 | 4023D81241EF34D394062D8AFABE3624F68E1F74 | Blacked | 06/09/2018 22:55:27 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 11 | 4C02D6F66BB0B8E9DBC20AE520E704CAC437C13D | Blacked | 12/07/2018 14:11:59 | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 12 | 5CD8240A33D8BA59A0F68B8511141C7472607BC8 | Blacked Raw | 01/27/2018 00:15:42 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 13 | 672AA71CE4E925AB93F6E8430348635C8D90298E | Blacked | 11/17/2018 08:00:25 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 14 | 6A27CA7504EE910C69DD35606F48572B9CB940D2 | Tushy | 06/11/2018 03:39:57 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 15 | 734A1A74BFCBE6233F3C9EE2F286DCDCD530A241 | Blacked | 05/01/2018 13:39:04 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 16 | 795F8FC40CC86742641DA2DE2E54877184532BB7 | Blacked | 01/21/2018 04:00:55 | 01/20/2018 | 03/02/2018 | PA0002104876 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7EFCFD91225A41938303C1D60DB2583BC4A5AFF6 | Blacked | 07/15/2018 03:24:35 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 18 | 902B93C435901B6F525141A5EBFC8A710ADB95C1 | Blacked | 08/09/2018 20:11:15 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 19 | 92F84A49D2064E6A902DC224F8D7BB5B7AE1C1A4 | Blacked | 09/29/2018 14:31:30 | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 20 | 93F761DEF9B1D1ECFA14381D28D2AC5276FAC38B | Vixen | 08/29/2018 05:36:36 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 21 | 973306499CCF5C90FB3899481EE9FDB896D23743 | Blacked | 12/07/2017 03:22:34 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 22 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | Tushy | 10/19/2017 14:48:03 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 23 | 9D901C5F7185FDF4356E44299B87209DD3F8A6DC | Blacked Raw | 10/17/2018 11:22:57 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 24 | 9DA0DDCA08C09D5C026D69242D1287D551B138AC | Blacked Raw | 06/06/2018 22:46:52 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 25 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 08/31/2018 04:23:28 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 26 | ABA6679BF8559143B35AA698BFA5B209D499EE98 | Tushy | 01/27/2018 00:09:52 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 27 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/07/2017 01:50:40 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 28 | B093DB1E8493FA6008505A7677DB3F19D4061CCF | Vixen | 07/25/2018 05:57:02 | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 29 | B2EE4BA44AC568AEC326B69C8247269279133AB9 | Tushy | 05/22/2018 04:20:06 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 30 | B809ABE307B30DDFAC6630725306D503A456106F | Vixen | 06/05/2018 02:49:17 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 31 | BA107630EA68CCF18D690A0A50B1823E6247BCAC | Blacked | 11/17/2017 07:21:58 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 32 | C3ADB38EAB6D8484BD596444CB3236885810628E | Blacked | 08/19/2018 12:52:47 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 33 | C48F2225CFC83431D372530B844C1A33F787C036 | Blacked | 04/23/2018 13:57:04 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 34 | C60F14655416C94116584E6ECC1AF3026A760B18 | Vixen | 11/30/2018 16:11:44 | 09/11/2018 | 10/16/2018 | PA0002127780 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | C8A2CB066EE5DB21483876714831BFF1C9B6CCBB | Tushy | 05/28/2018 03:24:38 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 36 | D1E701E78580DEB7DF8E840C1325FAAC7E7CD364 | Blacked | 06/05/2018 02:44:20 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 37 | DF9F26328F9BDC5B878AC3A000F7E13DD7703BC7 | Tushy | 09/04/2018 06:13:48 | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 38 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/19/2017 14:45:29 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 39 | FAC8BA7B580060CF6AFB00B460BB795AC4B869DC | Vixen | 06/21/2018 02:30:23 | 06/13/2018 | 07/14/2018 | PA0002128389 |