UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.27.83.178,<br><br>    Defendant. | Civil Case No. 3:19-cv-00193-D<br><br>Judge Sidney A. Fitzwater |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.27.83.178, are voluntarily dismissed with prejudice.

Dated: March 18, 2019               Respectfully submitted,


                                    By:  /s/ *Andy Nikolopoulos*
                                        Andy Nikolopoulos, Esq. (24044852)
                                        anikolopoulos@foxrothschild.com
                                        Fox Rothschild, LLP
                                        5420 Lyndon B. Johnson Freeway
                                        Two Lincoln Centre, Suite 1200
                                        Dallas TX 75240-6215
                                        Tel.: (972) 991-0889
                                        Fax: (972) 404-0516
                                        www.foxrothschild.com
                                        *Attorneys for Plaintiff*